Matter of Dominic (2025 NY Slip Op 04513)

Matter of Dominic

2025 NY Slip Op 04513

Decided on July 31, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 31, 2025

PM-161-25
[*1]In the Matter of John Anthony Dominic, an Attorney. (Attorney Registration No. 4530309.)

Calendar Date:July 28, 2025

Before:Garry, P.J., Clark, Pritzker, McShan and Mackey, JJ.

John Anthony Dominic, Farmington Hills, Michigan, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
John Anthony Dominic was admitted to practice by this Court in 2007 and lists a business address in Farmington Hills, Michigan with the Office of Court Administration. Dominic now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Dominic's application.
Upon reading Dominic's affidavit sworn to June 3, 2025 and filed June 12, 2025, and upon reading the July 23, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Dominic is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Clark, Pritzker, McShan and Mackey, JJ., concur.
ORDERED that John Anthony Dominic's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that John Anthony Dominic's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that John Anthony Dominic is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Dominic is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that John Anthony Dominic shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.